

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2020

No. 04-20-00216-CV

**IN THE INTEREST OF A.F., J.J.L., AND J.A.R., CHILDREN**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02310
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

      The reporter's record was due on April 17, 2020, but was not filed. On April 27, 2020, the court reporter filed a notification of late record, requesting until May 1, 2020, to file the reporter's record. Although the reporter has failed to specify the other duties or activities which preclude her from working on the record, we **GRANT** the court reporter's requested extension and **ORDER** the court reporter to file the reporter's record in this court **on or before May 1, 2020**. The court reporter is reminded that this is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court